

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT

Plaintiff,

vs.

JAMES P. FOX, DISTRICT ATTY
OF SAN MATEO COUNTY ET AL.

Defendant.

CASE NO. C-08-1645 CRB

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, SHIRLEY V. REMMERT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1

1  and wages per month which you received.
2  _LAST EMPLOYMENT: NOV. 30, 2004 / $0._
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or                    Yes ___ No _✓_
8            self employment?
9       b.   Income from stocks, bonds,                 Yes ___ No _✓_
10           or royalties?
11      c.   Rent payments?                             Yes _✓_ No ___
12      d.   Pensions, annuities, or                    Yes ___ No _✓_
13           life insurance payments?
14      e.   Federal or State welfare payments,         Yes ___ No _✓_
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _RENTAL : $500 per month_____
20 _____
21 3.   Are you married?                                Yes ___ No _✓_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

1    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?    TITLE DISPUTE Yes ___ No ___

5    Estimated Market Value: $_____ Amount of Mortgage: $ CIV 438208 Superior Ct San Mateo County

6    6.    Do you own an automobile?    Yes ✓ No ___

7    Make Toyota    Year 02    Model Tacoma

8    Is it financed? Yes ___ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ 0

10   7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: WASH MUTUAL, SANTA CRUZ

12   AVE, MENLO PARK CA 94025

13   Present balance(s): $ 300.

14   Do you own any cash? Yes ___ No ✓ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes ___ No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ 0    Utilities: 200

20   Food: $ 300    Clothing: 0

21   Charge Accounts:    NONE

22   **Name of Account**    **Monthly Payment**    **Total Owed on This Account**

23   _____    $ _____    $ _____

24   _____    $ _____    $ _____

25   _____    $ _____    $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   $ 1.3 MILLION IN

BANKRUPTCY COURT

3

1

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?    Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____CIV 438208   Se p. 3_____

7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _April 9, 2008_          _Shirley V. Remmert_____
12      DATE                   SIGNATURE OF APPLICANT