1377

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820
Message: 650-521-0571



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Shirley V. Remmert,
    Plaintiff,

    v.

District Attorney
Charles P. Fox;
State of California
Attorney General,
Jerry Brown,
    Respondents

PROOF OF SERVICE

SUPERIOR COURT CASES NO.
SM340531A; SM351187

RE 2 PETITIONS FOR WRIT OF
HABEAS CORPUS

U.S. DISTRICT COURT CASE NO.:

C- 08- 1644 CRB

C - 08 -1645 CRB

_____/

I, Plaintiff Shirley V. Remmert, hereby file a proof of service of the documents

listed on the attached Certificate of Service.

DATE: March 11, 2008

Respectfully Submitted By:

_____
      Plaintiff

PLAINTIFF'S PROOF OF SERVICE/ SM340531A; SM351187/                    1 of 1

158                    CERTIFICATE OF SERVICE

I hereby certify that I caused the within documents:

**1. PLAINTIFF REMMERT'S**
   **PETITION FOR WRIT OF HABEAS CORPUS (SM340531A);**
**2.    PETITION FOR WRIT OF HABEAS CORPUS (SM351187)**
*(Motion for Consolidation of Cases pending).*

Superior Court Case No.  **SM340531A; SM351187**

to be served on the party(ies) in this action:

**1.    District Attorney of San Mateo County, Charles P. Fox, 400 County Center, Redwood City, CA 94063;**
**2.    California State Attorney General Jerry Brown, 1300 I - St., Sacramento, CA 95814**

**1**          (By Personal Service). I, **Shirley V. Remmert,** caused each such envelope to be delivered by hand  on the date below to the person or offices of each addressee indicated by the corresponding number or symbol on the following page or above.
**2**          (By First-Class Mail, in the U. S. Post Office), I, **A. Garcia,** caused each such envelope to be mailed on the date below in the U.S. Post Office in Menlo Park to each addressee indicated by the corresponding number on the continued page or above. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
          (By Facsimile), I caused each such document to be sent by facsimile to the person or offices of each addressee indicated by a said symbol.
           (By Telephone), I gave a notice to a person or answering machine. The particulars are as follows:
          I declare that the above statements are true under the penalties for perjury of the federal laws.


_March 11, 2008_                _Shirley V. Remmert_
Date                                  Shirley V. Remmert

_3 · 11 · 08_                _____
Date                                  A. Garcia

1 of 1