1434

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820

FILED
08 APR 24 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley V. Remmert,<br>Plaintiff,<br><br>v.<br><br>James P. Fox,<br>District Attorney of<br>San Mateo County;<br>Jerry Brown,<br>Attorney General of<br>The State of California,<br>Defendants<br>_____ / | PLAINTIFF'S PROOF OF SERVICE OF<br>DOCUMENTS FILED ON APRIL 15, 2008<br><br>CASE NO. C-08-1644 CRB; C-08-1645 CRB<br><br>HON. CHARLES R. BREYER |

I, Plaintiff Shirley V. Remmert, hereby file proof of service of the following documents: (1) Notice of Correction to Motion to Consolidate: (2) Motion and Notice of Motion for Preliminary Injunction against Probate Court Orders and Family Court Order, etc. A Certificate of Service is attached.

DATE: April 22, 2008

_____
Plaintiff

158                              CERTIFICATE OF SERVICE

I hereby certify that I caused the within documents:
**DEFENDANT REMMERT'S**

**A.   NOTICE OF CORRECTION TO MOTION TO CONSOLIDATE;**
**B.   MOTION AND NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AGAINST PROBATE COURT ORDERS AND FAMILY COURT ORDER; REINSTATEMENT OF JUVENILE COURT ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Superior Court Case No.
Bankruptcy Court Case No.   / Adversarial Complaint No.:
United States District Court Case No.: **C-08-1644 CRBP C-08-1645 CRB**

to be served on the party(ies) in this action:

1.   **James P. Fox, District Attorney of San Mateo County, 400 County Center, Redwood City, CA 94063;**
2.   **Jerry Brown, Attorney General of the State of California, 1300 I - Street, Sacramento, CA 95814**

   (By Personal Service). I, **Shirley V. Remmert,** caused each such envelope to be delivered by hand on the date below to the person or offices of each addressee **(No. 1)** indicated by the corresponding number or symbol on the following page or above.

   (By First-Class Mail, in the U. S. Post Office), I, **A. Garcia,** caused each such envelope to be mailed on the date below in the U.S. Post Office in Menlo Park to each addressee **(No. 2)** indicated by the corresponding number on the continued page or above. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
   (By Facsimile), I caused each such document to be sent by facsimile to the person or offices of each addressee indicated by a said symbol.
   (By Telephone), I gave a notice to a person or answering machine. The particulars are as follows:
   I declare that the above statements are true under the penalties for perjury of the federal laws.

**April 18, 2008**                                     *Shirley V. Remmert*
_____                          _____
      Date                                                Shirley V. Remmert