1575

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820



### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| Shirley V. Remmert,<br>Plaintiff,<br><br>v.<br><br>District Attorney<br>Of San Mateo County,<br>James P. Fox,<br>Defendant | PLAINTIFF'S EXHIBIT OF PROPOSED PETITION FOR WRIT OF HABEAS CORPUS BY EVA D. AL-ZAGHARI TO BE CONSIDERED FOR HER JOINDER AS PLAINTIFF AND OTHER REQUESTED RELIEF<br><br>CASE NO. C-08-1645 · CRB<br><br>DATE _____<br><br>TIME: _____<br><br>PLACE:   450 Golden Gate Avenue<br>               Room _____ |

ORIGINAL
needs P/S fr@

I, Plaintiff Shirley V. Remmert, hereby file an exhibit of Eva D. Al-Zaghari's

petition for writ of habeas corpus to be considered by this court for her joinder as a

plaintiff and for other requested relief stated in this matter.

I declare that the above statement is true and correct under the penalties for

perjury of the federal laws.

DATE: July 14, 2008 _____

Plaintiff

PL'S EXHIBIT OF EDZ'S HABEAS-CORPUS                                        1

Habeas Corpus
Petition as
Exhibit

1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 | Name _AL-ZAGHARI_ _EVA_ _D_
         (Last)      (First)    (Initial)

3

4 | Prisoner Number _Soc Security # ... 4763_

   Institutional Address _____

5

6 | ================================================

7 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8 | _EVA  D.  AL-ZAGHARI_ )
(Enter the full name of plaintiff in this action.) )

9 |
             vs. )    Case No. _____

10 | _STATE  OF  CALIFORNIA_ )    (To be provided by the clerk of court)

11 | _PROBATE  COURT_ )    **PETITION FOR A WRIT**
                   )    **OF HABEAS CORPUS**

12 | _DEPUTY PUBLIC  GUARDIAN_ )

13 | _OF  SAN  MATEO  COUNTY_ )
   _MARCELLE  MOON_ )

14 | (Enter the full name of respondent(s) or jailor in this action) )

15 |

16 | ================================================
         Read Comments Carefully Before Filling In

17 | When and Where to File

18 |     You should file in the Northern District if you were convicted and sentenced in one of these

19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 | good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23 |     If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 | District Court for the district in which the state court that convicted and sentenced you is located. If

26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 | your petition will likely be transferred to the district court for the district that includes the institution

28 | where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

1    Who to Name as Respondent

2        You must name the person in whose actual custody you are.  This usually means the Warden or

3    jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5    respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10    A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11        1. What sentence are you challenging in this petition?  *CONSERVATORSHIP*

12        (a)    Name and location of court that imposed sentence (for example; Alameda

13               County Superior Court, Oakland):

14               _SAN MATEO COUNTY_          _REDWOOD CITY_

15               Court                          Location

16        (b)    Case number, if known  _108876  LPS - CUSTODY_

17        (c)    Date and terms of sentence _BEGINNING MAR. 26 2003_

18        (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19               parole or probation, etc.)        Yes _✓_    No _____

20               Where?

21               Name of Institution: _____

22               Address: _____

23        2. For what crime were you given this sentence?  (If your petition challenges a sentence for

24    more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25    challenging more than one sentence, you should file a different petition for each sentence.)

26        _GRAVE DISABILITY UNDER LPS ACT WELF + I_

27    _CODE SEC. 5000 et seq._

28    _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1    3. Did you have any of the following?

2         Arraignment:                                      Yes _____    No _____

3         Preliminary Hearing:                              Yes _____    No ✓

4         Motion to Suppress:                               Yes _____    No _____

5    4. How did you plead?    I OPPOSED JUDICIAL PROCESS

6         Guilty _____   Not Guilty _____   Nolo Contendere _____

7         Any other plea (specify) _COURT HAD NO JURISDICTION_

8    5. If you went to trial, what kind of trial did you have?

9         Jury ✓   Judge alone _____   Judge alone on a transcript _____

10   6. Did you testify at your trial?                     Yes _____    No ✓

11   7. Did you have an attorney at the following proceedings:

12        (a)   Arraignment                                Yes _____    No _____

13        (b)   Preliminary hearing                        Yes _____    No _____

14        (c)   Time of plea                               Yes _____    No _____

15        (d)   Trial                                      Yes ✓        No _____

16        (e)   Sentencing                                 Yes _____    No _____

17        (f)   Appeal                                     Yes _____    No ✓

18        (g)   Other post-conviction proceeding           Yes ✓        No _____

19   8. Did you appeal your conviction?                    Yes ✓        No _____

20        (a)   If you did, to what court(s) did you appeal?
                                                           "RECEIVED"
21              Court of Appeal                            Yes _____    No _____

22              Year: _06_         Result: _NO RESPONSE_

23              Supreme Court of California    Yes _____    No ✓

24              Year: _____     Result: ___      _____

25              Any other court                  Yes ✗    No _____

26              Year: _____     Result: __ _ . _ . _____

27

28        (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS       - 3 -

1    petition?                                          Yes ✓    No____

2        (c)   Was there an opinion?                    Yes ____  No ✓

3        (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                                       Yes ____  No ✓

5              If you did, give the name of the court and the result:

6        _____

7        _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?             Yes ✓    No____

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16       (a)   If you sought relief in any proceeding other than an appeal, answer the following

17             questions for each proceeding. Attach extra paper if you need more space.

18             I.    Name of Court: _SUPERIOR COURT_

19                   Type of Proceeding: _HABEAS CORPUS_

20                   Grounds raised (Be brief but specific):

21                   a. _FALSE IMPRISONMENT, LACK of CAUSE_

22                   b. _MENTAL + PHYSICAL ABUSE_

23                   c. _COURT HAS NO JURISDICTION_

24                   d._____

25                   Result: _DENIED_____ Date of Result:_____

26             II.   Name of Court: _SUPREME COURT of STATE of CA_

27                   Type of Proceeding: _HABEAS CORPUS_

28                   Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1       a. _FALSE IMPRISONMENT - LACK of CAUSE_

2       b. _MENTAL + PHYSICAL ABUSE_

3       c. _COURT LACKS JURISDICTION_

4       d._____

5       Result: _DENIED_ Date of Result: _9/27/2006_

6      III. Name of Court: _U. S. DISTRICT COURT_

7       Type of Proceeding: _HABEAS CORPUS_

8       Grounds raised (Be brief but specific):

9       a. _FALSE IMPRISONMENT - LACK of CAUSE_

10      b. _MENTAL + PHYSICAL ABUSE_

11      c. _COURT LACK JURISDICTION_

12      d._____

13      Result: _NOT APPROVED FOR FILING_ Date of Result: _6/25/2007_

14     IV. Name of Court: _____

15      Type of Proceeding: _____

16      Grounds raised (Be brief but specific):

17      a._____

18      b._____

19      c._____

20      d._____

21      Result: _____ Date of Result:_____

22    (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                      Yes_____  No ✓

24      Name and location of court: _____

25 **B. GROUNDS FOR RELIEF**

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One:_____ *See attached pages 6a u 6L*_____

6  _____

7      Supporting Facts:_____

8  _____

9  _____

10 _____

11     Claim Two:_____

12 _____

13     Supporting Facts:_____

14 _____

15 _____

16 _____

17     Claim Three:_____

18 _____

19     Supporting Facts:_____

20 _____

21 _____

22 _____

23     If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 _____

26 _____

27 _____

28 _____

PET. FOR WRIT OF HAB. CORPUS       - 6 -

1
2
3
4
5
6
7

## GROUNDS FOR RELIEF

8

Contents                                                    Page

9

| Claim One | Civil Rights Violated under Color of Law and Authority......6a |
|---|---|
| Claim Two | First Amendment Right of Free Speech..........................6e |
| Claim Three | First Amendment Right of Freedom to Associate...............6f |
| Claim Four | Fourteenth Amendment Right of Due Process.................. 6f |
| Claim Five | Fourteenth Amendment - Equal Protection of the Laws........ 6h |
| Claim Six | Protection of the U. S. Disability Act..............................6-i |
| Claim Seven | Personal Rights Violated Through Defamation, |
| | Alleged Criminal Acts and Foul Play, |
| | Personal Threats against My Life, |
| | Assault and Battery...................................................... 6-i |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1570

1.                    CLAIM ONE & SUPPORTING FACTS

           Civil Rights Violated under Color of Law and Authority

                              June 20, 2003

        I wrote to a county psychiatrist, Dr. Catherine Reed, M. D. and told her that I did

not want to continue her services. I said that I would consult with a private doctor. I did

not realize that she had already made a report to Adult Protective Services to have me

declared as a dependent adult without a court order and to have my mother declared

negligent, because I do not agree with her diagnosis. It became open season on my mother

and me by county government employees.

                          August ~ October, 2003

        Numerous county workers came regularly to my home unannounced to see if I

was taking care of my diabetic problem. I tried to hide from them. They created much

chaos for my mother, my grandmother, and me living in our home.

                          July 29; July 30, 2004

        I have been routinely picked up, detained, and sent to hospitals without cause after

suspicious, unidentifiable persons working for the county made false accusations to the

police on the above dates. The hospital would find no cause or write a self-serving

diagnosis, then quickly release me.

                              October 21, 2004

        Deputy Public Guardian Susann Woods, the conservator of my grandmother

against her will, often came to the house and made my grandmother and me upset. I

---

1    showed my defiance by breaking her glasses lying on a table.

2          Deputy Sheriff Deborah Bacan came to the house, asked where I was, learned that

3

4    the glasses were repaired, and left.

5          She became interested in me as a case and later tried to have my mother

6    criminally charged for wanting to stop Ms. Woods' forced removal of my grandmother

7    from our home.

8

9                        November 6, 2004

10         I was again picked up by the police without cause after a county employee

11    followed me and made a false accusation to the police. I was drugged in the mental

12    hospital by Psychiatrist Flynn at San Mateo Medical Center for two weeks. Her records

13

14    about me were misleading or false.

15         Psychiatrist Flynn and her staff never told my mother when there would be a

16    hearing, if any,  for the two-week detention

17

18                     November 14, 2004

19         Psychiatrist Flynn had me put in the isolation room.  My wrists and ankles were

20    restrained.  She wrote that I "punched people several times."  I do not recall the incident.

21    She did not make a police report required by the law.

22

23                    November 17, 2004

24         Deputy Public Guardian Susann Woods, the conservator of my grandmother

25    spoke with Psychiatrist Flynn about my grandmother and me.

26

27                    November 18, 2004

28

Psychiatrist Flynn wrote in her medical records:  [But] "Eva does not fit the

criteria of a conservatorship.  Apparently, Ms. Woods wanted me out of my home.

### December 1, 2004

Deputy Susann Woods and the caregiver whom she assigned to my grandmother

(Vicky Gadin) continued to disturb the peace in our home.  Ms. Woods lied to  sheriff

deputies and said that my grandmother was suicidal.  Ms. Gadin told my mother and

possibly others that I was going into her bedroom and "playing" with her purse and the

coins in her purse.

### March 26; March 27, 2005

I was not committing a crime and behaving normally when deputy sheriff Sean

O'Donnell placed me under his personal custody on March 26, 2005.  No police report

was timely made until over a year later, in time for my mother's trial.

The Sheriff deputies called paramedics to the scene, our home in Menlo Park.

Neither the Menlo Park Fire Department nor AMR paramedics found me to be detainable

under a Welf. And I. Code sec. 5150.  The fire trucks came quietly, so there was no real

emergency.

The sheriff deputies misled me into believing I was under their custody, as they

ordered me to be taken to Kaiser Hospital by the paramedics.

Kaiser Hospital continued the charade of placing me in custody.  To make me ill,

the staff gave me very little food and drink during a 38-hour period including the time

that I could have eaten at home but for the deputies' intrusion.  The staff kept me awake

through 4:00 a.m. I became disoriented because of a diabetic response to their maltreatment.

Then Psychologist Dr. Follin Key transferred me to the mental ward of San Mateo Medical Center. I was taken by Priority One ambulance around 4:00 a.m.

I was met by Sheriff Deputy Deborah Bacan, who led me to the psychiatric emergency ward. She said some hostile words to me.

County psychiatrist Dr. Mary Margaret Flynn, M.D. began drugging me around 7:00 or 8:00 a.m. I still had not slept. In diabetic terms, I was starving. That did not matter to her. She described me in her records as psychotic.

## April 1, 2005

At a hospital hearing to keep me for two more weeks, Psychiatrist Flynn pretended to read from bogus "police reports". She said that they initiated my being held in custody by her. A staff report falsely states that I lunged at her.

## April 13, 2005

The county staff routinely harassed me because my mother was visiting me.

Psychiatrist Flynn again misled the court at my habeas-corpus hearing that police reports brought me to her on March 26, 2005 as a "5150". She made other false and misleading statements.

## May 4, 2005

The above psychiatrist for the third time misled the court at another habeas-corpus hearing and said that police reports triggered the March 26, 2005 detention. She again

made other false and misleading statements.

### June 11, 2005

I escaped from Cordilleras with my mother's help but was forced to return. This incident and other dates through April 13, 2005 are the subject of my mother's petition for writ of habeas corpus in the U. S. District Court (Case No. SM340531A; C-08-1645 CRB).

### June 13, 2005

Because I escaped with my mother, Cordilleras now had the excuse to stop visits with my mother. To punish me for escaping, the staff often refused to give me soap for bathing from June to September. I became severely and chronically ill.

2.        CLAIM TWO & SUPPORTING FACTS

First Amendment Right of Free Speech

I am routinely punished by my custodians when I try to go to court to petition for my release. The method of punishment is to disable me through psychosis-inducing or mind-altering drugs. Cordilleras, in 2006, for example, did not lawfully pass on my habeas-corpus petition to a private defender.

Parties Who Made the Error/ Committed the Alleged Crime/ Tort

County psychiatrist Mary Margaret Flynn, M.D.

Staff members of San Mateo Medical Center

Sub-contracting psychiatrist Dr. G. Austin Conkey, M. D.

Staff members of Cordilleras Mental Health Center

1    Deputy Public Guardian Marcelle Moon

3    3.              CLAIM THREE& SUPPORTING FACTS

4                    First Amendment Right of Freedom to Associate

I am routinely punished for associating with my mother because she, like me,

opposes my being locked up without cause. Medical records stated at the outset of my

being locked up that the staff must discourage family visits and encourage compliance

with "meds". My mother and I would be harassed as she continued to visit me. Dr.

Conkey's treatment of me became so intolerable that I asked my mother to help me leave.

She and I were set up for a three-year restraining order, which a judge issued after my

mother helped me leave on June 10, 2005 and after Psychiatrist Conkey asked for the

order.

4,              CLAIM FOUR & SUPPORTING FACTS

                    Fourteenth Amendment Right of Due Process

On April 1, 2005, Psychiatrist Flynn lied at the hospital hearing for a two-week

detention when she said that police reports brought me to her hospital. There were no

police reports and she pretended to read from reports. Neither my mother nor I received a

copy of those reports.

Beginning April 13, 2005, County Counsel Peter Finck, County Counsel Judith

Holiber, and my private defenders, Jeff Hayden and Anne Murphy, allowed the caption

on pleadings to read as "State of California v. Eva Al-Zaghari", as though this were a

criminal case. "LPS" was placed after my case number as an irrefutable fact without

---

notice or hearing for me to have the most severe constitutional infringement challenged.

The court records about my case are sealed to hide the judicial abuse and to prevent discovery of the false medical records. It was not until 2007 that my mother was allowed to read them for her defense in her criminal trial (subject of her habeas-corpus petition in U.S. District Court, Case No. C-08-1645CRB)

The psychiatric staff at San Mateo Medical Center wrote that I was violent and had assaulted person(s). Their statements were misleading and false. Suspiciously, they did not duly report the matter to law enforcement or name the victim(s).    Psychiatrist Flynn used the staff's statements against me at my habeas-corpus hearings on April 13 and May 4, 2005.

On April 1, April 13, 2005 and on May 4, 2005, she lied at each successive hearing at a hospital and for my petitions for writ of habeas corpus, when she said  that police reports initiated my custody.

Psychiatrist Flynn did not give my mother or me notice of a hearing on April 14, 2005 for a temporary conservatorship. My  mother was always accessible to the hospital staff because she was there every day visiting me and getting as much information as possible.  We received the order about two weeks after the hearing.

On May 12, 2005, Psychiatrist Flynn sent me to Cordilleras Mental Health Center for intensive care before there was a trial ordering the intensive care.  The trial on June 7, 2005 came after Psychiatrist Flynn had me intensively beaten up by mind-altering drugs at Cordilleras. "Intensive care" may be code words to mean being given more of their crippling drugs.  On June 7, appearing gravely disabled and destroyed, I had to face a jury

---

1    and testify for my release.

2        Private Defenders Anne Murphy and Robert E. Daye ignored my mother's offer of

3
    evidence that there was no cause for my being locked up.
4

5        Private Defender Neal Winchell, my attorney at my trial on June 7, 2005, was

6    only interested in having me locked up. He did not arrange for me to have a hearing on

7    evidence to determine if I qualify as a patient under the LPS Act.

8
9        Psychiatrists Flynn and Conkey routinely gave me an overdose of the psychosis-

10   inducing or mind-altering drugs just before my appearing in court. Often, I could barely

11   walk and was severely disoriented from pain.

12
        The reports by Psychiatrist Beverly Cox, M.D. state that I am not a drug addict,
13   suicidal, etc.

14
        At Cordilleras, I am expected to believe all of their false reports about me; that I
15
16   am a drug addict, suicidal, etc. I am forced to go to meetings to correct the supposed

17   problem.

18       I am forced to submit to monthly withdrawals of blood for testing.

19
20   5.              CLAIM FIVE & SUPPORTING FACTS

21               Fourteenth Amendment  - Equal Protection of the Laws

22       My treatment at Cordilleras under Psychiatrist Conkey was always worse than

23
     other patients. They were allowed to have weekend passes to go home. They were given
24
25   more food than me. The facility's doors were never locked for anyone. They were free to

26   come and go. Only a select few were heavily medicated. I learned that patients

27   diagnosed and treated as I was are typically released after one year. But the psychiatrists
28

1  reinstated the LPS conservatorship year after year. I was confined to an area the size of a

2  courtroom for two years and was not allowed to go outside. I could not escape on my

3  own anyway because the staff made me chronically ill from drugs and side effects.

4

5  Around January, 2007, the staff finally let me walk outside for a block. The effort

6  to walk exhausted me. I sustained a blister on my foot.

7      6.          CLAIM SIX & SUPPORTING FACTS

8
9                 Protection of the U. S. Disability Act

10  The county created the grave disability for its own benefit and then exploited the

11  condition by making it hard for me to plead in court as a drugged person. The county

12  took away my opportunity to make a living in violation of the Disability Act.

13

14      7.          CLAIM SEVEN & SUPPORTING FACTS

15
16                 Personal Rights  CC sec. 1706 Violated
                        Through Defamation,
17                 Alleged Criminal Acts and Foul Play,
                    Personal Threats against My Life,
18                     Assault and Battery

19
20  Since 1997, Adult Protective Services, which provides the investigative reports

21  for the county initiating a conservatorship, branded me as a ward of the state. I was never

22  conserved until 2005 and only through foul play on the part of Kaiser, county employees,

23  and the county's subcontractors.

24
25  In 2002, I was arrested for slapping a stewardess when I had a diabetic seizure. I

26  was detained in a federal correctional facility without treatment for diagnosed diabetes

27  (Case No. CR-02-265, U. S. District Court, Chicago, *U. S. v. Eva D. Al-Zaghari*). I am

28

---

unable to vindicate myself as a non-terrorist because the county has locked me up since

2003. I was on probation for the misdemeanor for three years. Implicitly, I was

competent to serve probation while the county conserved me as incompetent.

I was routinely insulted by Psychiatrist Conkey and his staff; intentionally placed

in an environment that is demeaning for the staff and myself involved. I was physically

abused every day.

After my mother helped me escape on June 11, 2005, I was caught and returned to

Cordilleras. (My mother was put on trial and sentenced on January 17, 2007, the subject

of her habeas corpus petition, Case No. SM340531A, No. C-08-1645 CRB)

County Counsel Judith A. Holiber, I am informed, allegedly fixed or socially

interacted with the jury foreman in order to get a conviction against my mother. The

supervising psychiatrist, Dr. Eugene Lee, M. D. over Psychiatrist Conkey, lied on the

witness stand and stated that I am a felon.

I had to go to a Family Court hearing about visits with my son without having

bathed on September 13, 2005. I complained in writing about the fact that the staff would

not let me use the shower or have soap. Deputy Public Guardian Marcelle Moon opposed

visits by my mother and me with my son. The judge granted her request. I have not seen

my son, now eight years old since March, 2005. I have an unfriendly relationship with

Muslim former in-laws. The county is aware of my lawsuits since 1999 alleging that they

terrorized me and thereby extorted $145,000.

County employees are now causing me to lose my home through their fraud and

that of other parties (Case No. 08-3063, U. S. Bankruptcy Court), because I cannot represent myself.

My sister sees me once a year with decreasing visits. I have not seen my father since Sheriff deputies made misleading statements about me in 2004 that my father learned about in 2008; that I accused him of raping me. Psychiatrist Flynn wrote the same false or drug-induced statement in her medical record in 2004. To set the matter straight. I was not raped by my father. I was drugged and raped in May, 1990 by a man who resembled my father, and who, incidentally, resembles Psychiatrist Conkey. My life has not been my own since May of 1990. I am presently in acute danger because of my attempting to bring out possible motives for attacks against my family and me.

My mother will testify that a "Conkey" testified at my trial but a different Conkey is in attendance at Cordilleras. The latter "Conkey" is the one I had to deal with at Cordilleras. My mother also observed him at court hearings. There was a third and different "Conkey" at a hearing on June 30, 2005. None of the "Conkeys" were witnessed by the same judge.

During a seven-day period in late March, 2007, staff members pricked my index finger about twenty times per day until my mother complained to Sheriff Deputy Meyers. Sheriff Deputy Bridget Hensley and County Counsel Judith Holiber wanted to incriminate my mother for learning of the incident and complaining about it while she is restrained from having direct or indirect contact with me. The reason for the staff's hostility toward me was the fact that my mother continued to help me plead for my

1    release.

2        Psychiatrist Conkey, in retaliation for the Sheriff Meyers' intervention, relocated

3

4    me to a halfway house in a Daly City neighborhood controlled by a gang. The psych

5    monitors encouraged me to walk outside alone. All of the drugging done by the said

6    psychiatrists against me ceased. Male strangers were in the house. I burned my finger

7
     while cooking, as the monitors were rushing me out of irritation that I would not go
8
9    outside when they told me to. My mother and I agreed that I should leave. She helped

10   me escape on April 25, 2007.

11       I escaped on my own on May 2, 2007. A Highway Patrol officer helped me

12   contact my mother and I went home briefly until I was caught by Deputy Public Guardian

13
14   Marcelle Moon and her sheriff deputies. My mother was arrested and jailed. The Public

15   Guardian drugged me and forced me to testify against my mother in late May, 2007. I

16   testified that the drugs caused painful side effects.

17

18

19

20

21

22

23

24

25

26

27

28

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    _U. S SUPREME COURT DECISION TO GRANT_

5    _FILING OF HABEAS- CORPUS PETITIONS TO DETAINEES_

6    _ACCUSED OF TERRORISM ( JUNE, 2008)_

7    Do you have an attorney for this petition?                    Yes____    No __✓__

8    If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on _July 13, 2008_                    _Eva D. Al-Zaghari_

14                    Date                                    Signature of Petitioner

15

16    1574

17    ### DECLARATION BY SHIRLEY V. REMMERT

18    I, Shirley V. Remmert, the mother of Petitioner Eva Al-Zaghari declare that I have

19    signed this document on her behalf under Rule 2(e) Subd. (C). I declare that the above

20    statement is true and correct under the penalties for perjury of the federal laws.

21

22

23    _July 13, 2008_    _Shirley V. Remmert_

24                    Date                            Shirley V. Remmert

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

159

## PROOF OF SERVICE

### Certificate of Service

I hereby certify that I caused the within document(s):

**PLAINTIFF EVA D. AL-ZAGHARI'S PETITION FOR A WRIT OF HABEAS CORPUS**

U. S. District Court Case No.

to be served on the party(ies) in this action:

1.    **California State Attorney General Jerry Brown, 1300 I - Street, Sacramento, CA 95814;**
2.    **Hon. Robert D. Foiles,    3.    Deputy County Counsel Peter Finck,**
4.    **District Attorney James P. Fox, 400 County Center Redwood City, CA 94063;**
5.    **Eva D. Al-Zaghari pending release from isolation**

(By Personal Service) I, Shirley V. Remmert, caused each such envelope to be delivered by hand on **July 14, 2008** to the person or offices of each addressee indicated by the corresponding number ( **2, 3, 4**).

(By First Class Mail) I, A. Garcia, caused each such envelope to be mailed on **July 14, 2008** in the U. S. Post Office to each addressee indicated by the corresponding number **(1)**.    *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*

I declare that the above statements are true and correct under the penalties for perjury of the state of California.

Date:  July 14, 2008        _____
                                         Shirley V. Remmert

Date:  July 14, 2008        _____
                                         A. Garcia

1 of 1

159

## PROOF OF SERVICE

### Certificate of Service

I hereby certify that I caused the within document(s):

**PLAINTIFF'S EXHIBIT OF PROPOSED PETITION FOR WRIT OF HABEAS CORPUS BY EVA D. AL-ZAGHARI TO BE CONSIDERED FOR HER JOINDER AS PLAINTIFF AND OTHER REQUESTED RELIEF**

U. S. District Court Case No. **C-08-1645 CRB**

to be served on the party(ies) in this action:

**1.      California State Attorney General Jerry Brown, 1300 I - Street, Sacramento, CA 95814;**
**2.      Hon. Robert D. Foiles,      3.      Deputy County Counsel Peter Finck,**
**4.      District Attorney James P. Fox, 400 County Center Redwood City, CA 94063;**
**5.      Eva D. Al-Zaghari pending release from isolation**

(By Personal Service) I, Shirley V. Remmert, caused each such envelope to be delivered by hand on **July 14, 2008** to the person or offices of each addressee indicated by the corresponding number ( **2, 3, 4**).
(By First Class Mail) I, A. Garcia, caused each such envelope to be mailed on **July 14, 2008** in the U. S. Post Office to each addressee indicated by the corresponding number **(1)**. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
        I declare that the above statements are true and correct under the penalties for perjury of the state of California.

Date: July 14, 2008                    _Shirley V Remmert_
                                       Shirley V. Remmert

Date: July 14, 2008                    _____
                                       A. Garcia

1 of 1