**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Petitioner,<br><br>  v.<br><br>DISTRICT ATTORNEY OF SAN MATEO COUNTY,<br><br>    Respondent._____/ | No. C 08-01645 CRB<br><br>**ORDER** |

    Now pending before the Court is petitioner's motion to join as a petitioner Eva Al-Zaghari. Petitioner's motion is DENIED. As a non-attorney petitioner cannot represent Al-Zaghari and cannot file pleadings on her behalf. This action only involves petitioner Shirley Remmert's January 17, 2007 conviction.

    **IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1645\orderrejoinder.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY,

        Plaintiff,

  v.

REMMERT-V-C.P. FOX et al,

        Defendant.

Case Number: CV08-01645 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: July 21, 2008

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk