IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHIRLEY V. REMMERT,**<br><br>    Petitioner,<br><br>    v.<br><br>**JAMES P. FOX, District Attorney of San Mateo County, et al.,**<br><br>    Respondent. | C 08-01645 CRB<br><br>~~[PROPOSED]~~ ORDER |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including October 2, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: __August 01, 2008_____    _____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order - *Remmert v. Fox* - Case No. C 08-01645 CRB

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY,

        Plaintiff,

  v.

REMMERT-V-C.P. FOX et al,

        Defendant.
_____/

Case Number: CV08-01645 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: August 1, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk