1604

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820

RECEIVED
FILED
08 AUG -8 PM 3: 19

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Shirley V. Remmert,<br>    Plaintiff,<br><br>    v.<br><br>State of California;<br>District Attorney of<br>San Mateo County,<br>James P. Fox<br><br>_____/ | PLAINTIFF'S REQUEST FOR<br>ADMINISTRATIVE MOTION TO<br>CONSIDER WHETHER CASES SHOULD<br>BE RELATED (CIVIL L. R. 7-11)/<br>PROPOSED ORDER<br><br>CASE NO. C-08-1645 CRB<br><br>HON. CHARLES R. BREYER<br><br>UNDER SUBMISSION |

    I, Plaintiff Shirley V. Remmert, hereby file a request for an administrative motion to consider whether the following cases should be related under Civil L. R. 7-11 to the above:

    Case No. 2:08-CV-1698 KJM HC, Petition for Writ of Habeas Corpus by Eva D. Al-Zaghari, U. S. District Court, Sacramento;

    Case No. 2:08-CV-1699 DAD HC, Petition for Writ of Habeas Corpus by Julia C. Venoya.

    The relationship of the actions in the above cases centers on a unified cause of action by the State of California agencies for San Mateo County and the District

Attorney's Office of San Mateo County claiming that I harmed incompetent persons. I was convicted for misdemeanors regarding Eva Al-Zaghari (2 counts of harm to her as a dependent and 1 - count of contempt of court.) Helping the declared incompetent Julia C. Venoya escape from alleged mental and physical abuse in a county facility was used by prosecutors to buttress their presentation of character evidence against me. In other words, I was in the habit of taking the law into my own hands.

My main argument is that neither Eva Al-Z., my adult daughter, nor Julia V. were incompetent at the time of the incidents for which I was prosecuted or convicted. Their petitions will lead to the evidence that they were competent at that time and falsely imprisoned. They are probably still competent barring further abuse by the county.

I declare that the above statements are true and correct under the penalties for perjury of the federal laws.

DATE: July 28, 2008

_____ Shirley V. Remmet _____
Plaintiff

PL'S REQ FOR ADMINIS MOTION TO CONSIDER PETITIONS RELATED/C-08-1645 CRB    2

```
 1  SHIRLEY V. REMMERT, PRO SE
 2  990 Berkeley Avenue
    Menlo Park, CA 94025
 3  Tel: 650-921-8820
 4
                    UNITED STATES DISTRICT COURT
 5
                    NORTHERN DISTRICT OF CALIFORNIA
 6
                          SAN FRANCISCO
 7
 8
    Shirley V. Remmert,              [PROPOSED]  ORDER GRANTING
 9        Plaintiff,                 ADMINISTRATIVE MOTION TO DEEM
                                     CASES RELATED
10
          v.
11                                   CASE NO. C-08-1645 CRB
12  State of California;
    District Attorney of San Mateo County,
13  James P. Fox
                                    /
14
15        Having considered the administrative motion by Plaintiff Shirley V. Remmert to
16  consider whether petitions for writ of habeas corpus are related, and the opposition, the
17  court GRANTS the motions and declares the cases related.
18
19
20  SIGNED on _____
21
22
23
24                            _____
                              JUDGE OF THE U. S. DISTRICT COURT
25
26
27
28
```

ORDER GRANT'G ADMINIS MOTION DECLAR'G PETITIONS RELATED/C-08-1645CRB/1 of 1

161

## PROOF OF SERVICE

<u>Certificate of Service</u>

I hereby certify that I have served the following document(s):

PLAINTIFF'S REQUEST FOR ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L. R. 7-11/ PROPOSED ORDER

U. S. District Court Case No. C-08-1645 CRB

To the party(ies):

1. State of Calif. Attorney General, 1300 I- Street, Sacramento, CA 95814;
2. District Attorney James P. Fox, 400 County Center, Redwood City, CA 94063

I, Shirley V. Remmert, personally served Party(ies) No. 2 on July 29, 2008 at the said address.

I, Arturo Garcia, am over 18 years of age and not a party in this case. I mailed by first-class mail the above document to Party(ies) No. 1 on July 29, 2008.

I declare that the above statement is true and correct under the penalties for perjury of the federal laws.

July 29, 2008                                    *(signed)* Shirley V. Remmert
———————————            ———————————————
Date                                             Shirley V. Remmert

July 29, 2008                                    *(signed)*
———————————            ———————————————
Date                                             Arturo Garcia

1 of 1