1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SHIRLEY V. REMMERT,                        No. C 08-01645 CRB

12              Petitioner,                      **ORDER**

13       v.

14   JAMES P. FOX,

15              Respondent.
     _____/

16

17       Petitioner's request to relate 08-1698 KJM and 08-1699 DAD, neither of which are

18   pending in this District, is DENIED.

19       **IT IS SO ORDERED.**

20

21   Dated: August 14, 2008
                                                 _____
                                                 CHARLES  R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

G:\CRBALL\2008\1645\orderrerelate.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SHIRLEY,

                Plaintiff,

   v.

REMMERT-V-C.P. FOX et al,

                Defendant.

_____/

Case Number: CV08-01645 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: August 19, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk