IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES P. FOX, District Attorney of San Mateo County,<br><br>    Respondent._____/ | No. C 08-1645 CRB<br><br>**JUDGMENT** |

    The Court having denied the petition for writ of habeas corpus, judgment is entered in favor of respondent and against petitioner Shirley Remmert.

**IT IS SO ORDERED.**

Dated: March 30, 2009

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1645\judgment.frm